ACCEPTED
15-25-00140-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/10/2025 5:49 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/10/2025 5:49:01 PM
CHRISTOPHER A. PRINE
Clerk



December 10, 2025

**<u>Via Electronic Filing</u>**
Mr. Christopher A. Prine
Clerk of the Court
FIFTEENTH COURT OF APPEALS
300 W. 15th Street, Suite 607
Austin, Texas 78701

   Re: Case No. 15-25-00140-CV; In re Powered By People and
     Robert Francis O'Rourke, Relators

     Trial Court Cause No. 348-367652-2025

Dear Mr. Prine:

   Please let this letter serve as notice to the Court that Joaquin Gonzalez will present argument for Relators, Powered By People and Robert Francis O'Rourke.

   Should you have any questions, please contact me at (210) 343-5604. I appreciate your assistance in this matter.

       Respectfully,

       */s/ Joaquin Gonzalez*

       Joaquin Gonzalez

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the foregoing document was served on the following as set forth below, on December 10, 2025.

**Via e-service:** Rob.Farquharson@oag.texas.gov
Rob Farquharson
Deputy Chief
Consumer Protection Division
Office of the Attorney General

**Via e-service:** Abby.Smith@oag.texas.gov
Abigail E. Smith
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General

**Via e-service:** Johnathan.Stone@oag.texas.gov
Johnathan Stone
Chief
Consumer Protection Division
Office of the Attorney General

**Via e-service:** smccaffity@textrial.com
Sean J. McCaffity
Sommerman, McCaffity, Quesada & Geisler L.L.P.

*/s/ Joaquin Gonzalez*
Joaquin Gonzalez

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joaquin Gonzalez on behalf of Joaquin Gonzalez
Bar No. 24109935
jgonzalez@msgpllc.com
Envelope ID: 108964226
Filing Code Description: Letter
Filing Description: Letter to Clerk re Oral Argument
Status as of 12/11/2025 7:05 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|-------------------|--------|
| Robert Farquharson | 24100550 | rob.farquharson@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| Mimi Marziani | | mmarziani@msgpllc.com | 12/10/2025 5:49:01 PM | SENT |
| Joaquin Gonzalez | | jgonzalez@msgpllc.com | 12/10/2025 5:49:01 PM | SENT |
| Brian Falligant` | | bfalligant@inquestresources.com | 12/10/2025 5:49:01 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| Rebecca Stevens | | bstevens@msgpllc.com | 12/10/2025 5:49:01 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| Sean McCaffity | 24013122 | sjmdocsnotifications@textrial.com | 12/10/2025 5:49:01 PM | ERROR |
| William Peterson | | william.peterson@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| Rebecca Neumann | | rneumann@textrial.com | 12/10/2025 5:49:01 PM | SENT |
| Nancy Bentley | | ndbentley@tarrantcountytx.gov | 12/10/2025 5:49:01 PM | SENT |
| Lisa Adams | | LAAdams@tarrantcountytx.gov | 12/10/2025 5:49:01 PM | SENT |

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|-------------------|--------|
| William Cole | 24124187 | William.Cole@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| Justin Sassaman | | justin.sassaman@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| William Peterson | | William.Peterson@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joaquin Gonzalez on behalf of Joaquin Gonzalez
Bar No. 24109935
jgonzalez@msgpllc.com
Envelope ID: 108964226
Filing Code Description: Letter
Filing Description: Letter to Clerk re Oral Argument
Status as of 12/11/2025 7:05 AM CST

Associated Case Party: State of Texas

| William Peterson | | William.Peterson@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 12/10/2025 5:49:01 PM | SENT |